# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: 0:09CR00358-01 PAM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| B. Bennie Perkins ) | |
| ) | |
| Defendant. ) | |

On April 20, 2010, B Bennie Perkins was sentenced to five years probation. Based upon his sentence and the pretrial order setting condition of release order no longer in effect, IT IS HEREBY ORDERED that Mr. Perkins' United States passport currently in the possession of the United States Probation and Pretrial Services Office be returned to him.

Dated:  April 27,  2010

                                                    s/Paul A. Magnuson
                                                  Honorable Paul A. Magnuson
                                                  U.S. District Court Judge